671-647-1867                                    09:23:14 a.m.      08-15-2012         2/4

**BEFORE THE**
**GUAM CIVIL SERVICE COMMISSION**

**BOARD OF COMMISSIONERS**



IN THE MATTER OF:

KEN J. NANGAUTA,

Employee,

vs.

DEPARTMENT OF EDUCATION,

Management.

ADVERSE ACTION APPEAL
CASE NO. <u>12-AA06S</u>

**DECISION AND JUDGMENT**

## I. INTRODUCTION

The above captioned matter came before the Commission on a Motion to Dismiss for lack of jurisdiction for failure to timely file this adverse action appeal (the "Motion"). This case arises from a March 12, 2012 adverse action taken by the Department of Education ("DOE") against Ken J. Nangauta. Mr. Nangauta ("Employee") filed an appeal of the adverse action with this Commission on April 2, 2012. The Commission heard arguments on the Motion on June 21, 2012. Lay Representative David Babauta represented Employee and the Department of Education was represented by Lay Representative Robert E. Koss, Employee/Management Relations Officer. Taling M. Taitano, Interim Superintendent of Education and Employee were also present at the hearing.

## II. JURISDICTION

The jurisdiction of the Civil Service Commission is based upon the Organic Act of Guam, 4 G.C.A., *et seq.,* and the Department of Education Personnel Rules and Regulations.

## III. FACTUAL BACKGROUND AND DISCUSSION

On March 12, 2012, DOE issued a Final Notice of Adverse Action against Employee that suspended him for thirty (30) days for the reasons set forth therein. Employee filed his appeal of that adverse action with this Commission on April 2, 2012 or twenty-one (21) days after the effective date of the action. Four GCA § 4406 and CSC AA R. 5.2 require that an appeal from an adverse action must be filed with the Commission within twenty (20) days of the employee's receipt of the final notice of adverse action. The Commission finds that Employee untimely filed his appeal on the 21st day after he received the Final Notice of Adverse Action or one (1) day beyond the allowable time period. The Commission has no discretion to allow a continuation of proceedings where an adverse action appeal was untimely filed. *See Guam Pub Sch. Sys. v. Narcisco, Civil Serv. Comm'n,* Special Proceedings Case No. SP2450-08, Decision and Order (Sept. 14, 2009). By filing an appeal beyond the allowable twenty day period, Employee has divested the Commission of its jurisdiction from further review of this matter.

## V. CONCLUSION

The Commission, by a vote of 6-0 as taken on June 21, 2012, therefore grants DOE's motion to dismiss for lack of jurisdiction. This case is thus DISMISSED with prejudice and Judgment issued accordingly.

So ORDERED and ADJUDGED this ____14th____ day of August, 2012.


LUIS R. BAZA                            MANUEL R. PINAUIN
Chairman                                 Vice-Chairman

PRISCILLA T. TUNCAP
Commissioner

JOHN SMITH
Commissioner

LOURDES HONGYEE
Commissioner

DANIEL D. LEON GUERRERO
Commissioner

EDITH PANGELINAN
Commissioner